631 A.2d 1245

MARIA RIBEIRO COSTA-HUGHES, PETITIONER–
RESPONDENT, v. MULLEN CONSTRUCTION
COMPANY, RESPONDENT–APPELLANT.

Argued September 14, 1993—Decided October 28, 1993.

*Mark B. Zirulnik* argued the cause for appellant (*Isaacson, Dougherty & Zirulnik,* attorneys; *Louis M. Masucci, Jr.,* on the brief).

*Robert A. Greenberg* argued the cause for respondent (*Ravich, Koster, Tobin, Oleckna, Reitman & Greenstein,* attorneys).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in the majority opinion for the Appellate Division, reported at 267 *N.J.Super.* 439, 631 *A.*2d 1245 (1992).

STEIN, J., dissenting.

I would reverse, substantially for the reasons expressed in Judge Brochin's dissenting opinion, reported at 267 *N.J.Super.* 439, 631 *A.*2d 1245 (1992).